# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARRY PORTER, JR., individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 2:21-cv-11316-BMR-ESK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** between counsel for the Plaintiff, Garry Porter, Jr., and counsel for Defendant, BMW of North America, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter is dismissed with prejudice as to Plaintiff's claims and without attorneys' fees or costs to any party.

| | |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | MILLER SHAH LLP |
| /s/Christopher J. Dalton<br>Christopher J. Dalton<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>Telephone: (973) 273-9800<br>christopher.dalton@bipc.com | /s/James C. Shah<br>James C. Shah<br>Natalie Finkelman Bennett<br>2 Hudson Place, Suite 100<br>Hoboken, New Jersey 07030<br>Telephone: (866) 540-5505<br>jcshah@millershah.com<br>nfinkelman@millershah.com |
| *Attorneys for Defendant*<br>  *BMW of North America, LLC*<br><br>Dated: January 7, 2022 | *Attorneys for Plaintiff*<br>  *Garry Porter, Jr.*<br><br>Dated: January 7, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

SO ORDERED:                                      /s/James C. Shah
                                                 James C. Shah

_____
BRIAN R. MARTINOTTI, U.S.D.J
Dated: 01/07/2022